**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NORTH AMERICAN COMPANY FOR
LIFE AND HEALTH INSURANCE,

 Plaintiff,

v.              Case No. 3:23-cv-387-TJC-JBT

JOHN DOE, as Personal
Representative of the Estate of Elaine
J. Marigsa and CHRIS MASON,

 Defendants.

## O R D E R

 Upon review of the Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i) (Doc. 12), filed on September 6, 2023, this case is dismissed without prejudice. Plaintiff is directed to send Defendants a copy of this Order. The Clerk should close the file.

 **DONE AND ORDERED** in Jacksonville, Florida this 12th day of September, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record